THE CONGREGATIONAL CHURCH IN WHITE RIVER VILLAGE,
appellant,

*v.*

ROBERT D. BENEDICT et al., respondents.

[Argued at November Term, 1900. Filed March 4th, 1901.]

On appeal from a decree advised by Vice-Chancellor Stevens, whose opinion is reported in *14 Dick. Ch. Rep. 136.*

*Mr. Robert H. McCarter,* for the appellant.

*Mr. James P. Powers,* with whom was *Mr. Robert D. Benedict* (of New York), *pro se,* for the respondents.

PER CURIAM.

The decree of the court of chancery in this cause is affirmed, for the reasons given by Vice-Chancellor Stevens, who advised it.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, VAN SYCKEL, DIXON, COLLINS, FORT, GARRETSON, BOGERT, HENDRICKSON, KRUEGER, ADAMS, VREDENBURGH, VOORHEES—13.

*For reversal*—None.